### 17055.  SANDERS *v.* THE STATE.

LUKE, J. The motion for a new trial being based on general grounds only, and the jury having by their verdict said that the evidence of guilt was sufficient, and the trial judge having approved the verdict, this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 2, 1926.

Conviction of manufacture of liquor; from Morgan superior court—Judge Park. November 13, 1925.

*E. R. Lambert,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.